# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
### HARRISONBURG DIVISION

| DEBTOR'S NAME | CASE NUMBER | DATE OF LAST PAYMENT | ESTIMATED AMOUNT OF ARREARAGE *AS OF 12/03/2015 # of months: 0 |
|---|---|---|---|
| **JAMES LEE DIRKS** | **15-50555** | **11/23/2015** | **$0.00** |
| **PENNY SUE DIRKS** | | | |

## TRUSTEE'S PETITION TO DISMISS AND NOTICE OF HEARING

Herbert L. Beskin, Trustee of the estate of the above captioned Chapter 13 Debtors, respectfully reports: That he is the duly appointed and qualified Standing Trustee and that the Debtors aforementioned **have failed to provide for secured portion of claim #22 filed by Cavalry SPV I, LLC in the amont of $1,520.00 for household goods. The debtors will need to amend their plan accordingly or object to the claim**.

**PLEASE TAKE NOTICE** that on <u>**February 03, 2016**</u> at <u>**9:30 A.M.**</u>, in United States Bankruptcy Courtroom, 2nd Floor, US Courthouse, 116 North Main Street, Harrisonburg, VA  22802-the Trustee will present and argue the foregoing Petition to Dismiss.

***<u>The Trustee may request immediate dismissal of the case unless Debtors and Debtors' counsel have consulted in advance with the Trustee's office regarding a proposal to cure their delinquency in plan payments or have filed an amended plan no later than 48 hours in advance of the hearing scheduled above</u>***.

I hereby certify that on December 03 , 2015, copies of this Petition and Notice have been mailed to, Debtors, JAMES LEE DIRKS, PENNY SUE DIRKS, 3175 FLINT AVENUE, HARRISONBURG, VA  22801, and that the Attorney for the Debtors has been notified electronically by ECF .

/s/ Herbert L. Beskin

Herbert L. Beskin Chapter 13 Trustee
P.O. Box 2103
Charlottesville, VA  22902
Ph: 434-817-9913; Email: ch13staff@cvillech13.net

Herbert L. Beskin
Chapter 13 Trustee
P.O. Box 2103
Charlottesville, VA  22902
Ph: 434-817-9913; Email: ch13staff@cvillech13 .net